928

APPEAL No. 73-126. JACQUIN J. WOLF v. JOSEPH F. WOLF. Motion is granted, and petitioner granted extension of time to June 4, 1973 in which to transmit record on appeal to Supreme Court. Joslin, J., not participating. *Joseph E. Marran, Jr.,* for petitioner. *Roberts & Willey, Inc., David W. Carroll,* for respondent.

APPEAL No. 1728. DALE HARTER v. THE HOME INDEMNITY COMPANY. Petition to reargue denied. Joslin and Doris, JJ., not participating. *Tobin, Decof, Le Roy & Silverstein, Max Wistow,* for plaintiff-respondent. *Gunning, LaFazia, Gnys & Selya, Guy J. Wells,* for defendant-petitioner.

APPEAL No. 1752. ARLINE BARTHLEIN v. JAMES E. ELLIS. Plaintiff-appellee's motion to require defendant-appellant to transcribe entire transcript of proceedings as prayed is denied. Joslin, J., not participating. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for plaintiff-appellee. *Albert D. Saunders, Jr.,* for defendant-appellant.

APPEAL No. 1797. ALFRED P. THIBAULT v. BERKSHIRE HATHAWAY, INC. Motion for a counsel fee pursuant to G.L. 1956, §28-35-32, as amended, is granted, and petitioner is awarded a counsel fee in the amount of $900 for services rendered before Supreme Court and the Workmen's Compensation Commission pending appeal. Joslin, J., not participating. *Armstrong, Gibbons, Black & Lodge, William J. McGair,* for petitioner. *Eldridge H. Henning, Jr.,* for respondent.

APPEAL No. 1813. DONALD B. FARRAR v. EDGEWOOD YACHT CLUB. Petition for reargument denied. Joslin, J., not participating. *Perry Shatkin,* for plaintiff-appellant. *Keenan, Rice, Dolan & Reardon, John F. Dolan,* for defendant-appellee.